IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLYMANE VESSELS and KEVIN HARRELL** | : | **CIVIL ACTION** |
| | : | |
| Plaintiffs, | : | |
| | : | NO. 09-5586 |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, SYLVESTER JOHNSON, and JOHN KOPECKI,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 8th day of September, 2011, upon consideration of Defendants City of Philadelphia, Commissioner Sylvester Johnson and Sergeant John Kopecki Motion for Summary Judgment (Docket No. 28) and Plaintiffs' Reply thereto (Docket No. 30), it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that the Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE